UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RANDOLPH L. MOORE,       )
                         )
    Petitioner,          )          2:13-cv-0655-JCM-CWH
                         )
vs.                      )
                         )          **ORDER**
RENEE BAKER, *et al.*,   )
                         )
    Respondents.         )
                         )

    This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Randolph L. Moore, a Nevada prisoner sentenced to death.

    In an order entered April 25, 2013, the court granted Moore's application to proceed *in forma pauperis*. *See* Order entered April 25, 2013 (ECF No. 6). In that order, the court also granted Moore's motion for appointment of counsel, and appointed the Federal Public Defender for the District of Nevada (FPD) as his counsel, subject to notice from the FPD of its ability to represent petitioner. *See id*.

    On May 14, 2013, the FPD filed notice of its acceptance of representation of the petitioner (ECF No. 10).

    On May 6, 2013, the Nevada Attorney General filed a notice of representation of the respondents (ECF No. 9).

The court will set a status conference.  In advance of the conference, counsel for petitioner and counsel for respondents will be expected to become familiar with the case, if they have not already done so.  Also during this time, counsel for petitioner and counsel for respondents should confer regarding the anticipated course of proceedings in this action, and shall prepare to discuss, at the status conference, the schedule for further litigation of this action.

**IT IS THEREFORE ORDERED THAT** a telephonic status conference is scheduled for **Monday, June 10, 2013, at 10:00 a.m.**  Approximately five minutes before the conference is set to begin, counsel for petitioner and counsel for respondents shall call 702-869-4905, and enter the code 123456, to join the conference.  If counsel have any question regarding their telephonic appearance at the conference, they may call David Oakes, at 702-464-5413.

Dated this 17th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE