UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 2:13-cv-0655-JCM-CWH<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 56) |

In this capital habeas corpus action, after a 60-day extension of time, and then a 31-day extension of time, the petitioner, Randolph L. Moore, was due to file a second amended habeas petition by July 8, 2019. *See* Order entered February 5, 2019 (ECF No. 51); Order entered April 18, 2019 (ECF No. 53); Order entered June 11, 2019 (ECF No. 55).

On July 8, 2019, Moore filed a motion for extension of time (ECF No. 56), requesting a third extension of time, of 7 days, to July 15, 2019, to file his second amended petition. Moore's counsel states that the extension of time is necessary because of the complexity of this case and his obligations in other cases. The respondents do not oppose the motion for extension of time.

The Court finds that Moore's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 56) is **GRANTED**. Petitioner will have until and including **July 15, 2019**, to file his second amended habeas petition.

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 5, 2019 (ECF No. 51) will remain in effect.

DATED THIS 9th day of July 2019.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE