UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 2:13-cv-0655-JCM-CWH<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 63) |

In this capital habeas corpus action, the petitioner, Randolph L. Moore, filed a second amended habeas petition on July 15, 2019 (ECF No. 59). Respondents' response to the second amended petition is due September 13, 2019. *See* Order entered February 5, 2019 (ECF No. 51).

On September 6, 2019, Respondents filed a motion for extension of time (ECF No. 63), requesting a 32-day extension of time, to October 15, 2019, to respond to Moore's second amended petition. Respondents' counsel states that the extension of time is necessary because of the complexity of this case and his obligations in other cases. Moore does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents Motion for Enlargement of Time (ECF No. 63) is **GRANTED**. Respondents will have until and including **October 15, 2019**, to respond to the petitioner's second amended habeas petition.

///

///

1    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

2    proceedings set forth in the order entered February 5, 2019 (ECF No. 51) will remain in effect.

4    DATED September 10, 2019.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE