UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RANDOLPH L. MOORE,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:13-cv-0655-JCM-DJA

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
(ECF NO. 67)

In this capital habeas corpus action, the petitioner, Randolph L. Moore, filed a second amended habeas petition on July 15, 2019 (ECF No. 59). After a 32-day extension of time and a 62-day extension of time, Respondents' response to the second amended petition was due December 16, 2019. *See* Order entered February 5, 2019 (ECF No. 51); Order entered September 10, 2019 (ECF No. 64); Order entered October 18, 2019 (ECF No. 66).

On December 12, 2019, Respondents filed a motion for extension of time (ECF No. 67), requesting a third extension of time, to February 14, 2020, to respond to Moore's second amended petition. Respondents' counsel states that the extension of time is necessary because of the complexity of this case, his obligations in other cases, and anticipated time away from his office. Moore does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will extend this deadline by 91 days, to March 16, 2020. The Court does so with the intention that this will be the last extension of this deadline. The Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 67) is **GRANTED**. Respondents will have until and including **March 16, 2020**, to respond to the petitioner's second amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 5, 2019 (ECF No. 51) will remain in effect.

DATED December 20, 2019.

> JAMES C. MAHAN,
> UNITED STATES DISTRICT JUDGE