UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>  Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>  Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 115) |

In this capital habeas corpus action, the respondents filed a motion to dismiss (ECF No. 71) on April 2, 2020. The petitioner, Randolph L. Moore, was due to respond to that motion by June 1, 2020. *See* Order entered February 5, 2019 (ECF No. 51) (60 days for response).

On June 1, 2020, Moore filed a motion for extension of time (ECF No. 115), requesting a 60-day extension of time, to July 31, 2020, to respond to the motion to dismiss. Moore's counsel states that the extension of time is necessary because of the complexity of this case and because of his obligations in other cases. This would be the first extension of this deadline. Respondents do not oppose the motion for extension of time.

The Court finds that Moore's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 115) is **GRANTED**. Petitioner will have until and including **July 31, 2020**, to respond to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 5, 2019 (ECF No. 51) will remain in effect.

DATED June 5, 2020.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE