UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 117) |

　　In this capital habeas corpus action, the respondents filed a motion to dismiss (ECF No. 71) on April 2, 2020. The petitioner, Randolph L. Moore, was then due to respond to that motion by June 1, 2020. *See* Order entered February 5, 2019 (ECF No. 51) (60 days for response). On a motion by Moore, the Court extended that due date by 60 days, to July 31, 2020. *See* Order entered June 5, 2020 (ECF No. 116).

　　On July 31, 2020, Moore filed a motion for extension of time (ECF No. 117), requesting a second 60-day extension of time, to September 29, 2020, to respond to the motion to dismiss. Moore's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the motion for extension of time.

　　The Court finds that Moore's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will grant this second 60-day extension of time, as requested. However, the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 117) is **GRANTED**. Petitioner will have until and including **September 29, 2020**, to respond to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 5, 2019 (ECF No. 51) will remain in effect.

DATED August 7, 2020.

                                             _____
                                             JAMES C. MAHAN,
                                             UNITED STATES DISTRICT JUDGE