UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 126) |

In this capital habeas corpus action, the respondents filed a motion to dismiss (ECF No. 71) on April 2, 2020. The petitioner, Randolph L. Moore, filed an opposition to that motion on October 13, 2020 (ECF No. 121). On that date, Moore also filed a motion for leave to conduct discovery (ECF No. 123) and a motion for evidentiary hearing (ECF No. 125). Respondents were then due to file a reply in support of their motion to dismiss, and responses to the motions for leave to conduct discovery and for an evidentiary hearing, by November 12, 2020. *See* Order entered February 5, 2019 (ECF No. 51).

On October 21, 2020, Respondents filed a motion for extension of time (ECF No. 126), requesting a 46-day extension of time, to December 28, 2020. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Moore does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will grant this extension of time, as requested. However, the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 126) is **GRANTED**. Petitioner will have until and including **December 28, 2020**, to file a reply in support of their motion to dismiss, a response to Petitioner's motion for leave to conduct discovery, and a response to Petitioner's motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 5, 2019 (ECF No. 51) will remain in effect.

DATED October 26, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGET