UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 134) |

In this capital habeas corpus action, the petitioner, Randolph L. Moore, represented by appointed counsel, moves for an extension of time, to February 18, 2021, to file replies in support of his motion for leave to conduct discovery (ECF No. 123) and his motion for an evidentiary hearing (ECF No. 125).

Moore's counsel states that the extension of time is necessary because of time away from his office for personal reasons. This would be the first extension of these deadlines. Respondents do not oppose the motion for extension of time.

The Court finds that Moore's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will grant the extension of time.

However, the Court will not further extend these deadlines absent extraordinary circumstances. If the replies are not filed by February 18, 2021, the Court intends to resolve the motions without the benefit of replies.

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 134) is **GRANTED**. Petitioner will have until and including February 18, 2021, to file replies in support of his motion for leave to conduct discovery (ECF No. 123) and his motion for an evidentiary hearing (ECF No. 125).

DATED January 25, 2021.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGET