UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 144) |

In this capital habeas corpus action, the respondents were due to file an answer by August 10, 2021. *See* Order entered April 12, 2021 (ECF No. 143) (120 days for answer).

On July 30, 2021, Respondents filed a motion for extension of time (ECF No. 144), requesting a 62-day extension, to October 11, 2021, to file their answer. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. This would be the first extension of this deadline. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 144) is **GRANTED**. Respondents will have until and including October 11, 2021, to file their answer.

**IT IS FURTHER ORDERED** that Petitioner will have 120 days to file a reply to Respondents' answer; in all other respects, the schedule for further proceedings set forth in the February 5, 2019, scheduling order (ECF No. 51), will remain in effect.

DATED August 4, 2021.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGET