UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 146) |

    In this capital habeas corpus action, after a 120-day initial period and a 62-day extension of time, the respondents were due to file an answer by October 11, 2021. *See* Order entered April 12, 2021 (ECF No. 143) (120 days for answer); Order entered August 4, 2021 (ECF No. 145) (62-day extension of time).

    On October 7, 2021, Respondents filed a motion for extension of time (ECF No. 146), requesting a further 30-day extension, to November 10, 2021. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Petitioner does not oppose the motion for extension of time.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 146) is **GRANTED**. Respondents will have until and including **November 10, 2021**, to file their answer.

**IT IS FURTHER ORDERED** that **Petitioner will have 120 days to file a reply to Respondents' answer**; in all other respects, the schedule for further proceedings set forth in the February 5, 2019, scheduling order (ECF No. 51), will remain in effect.

DATED November 1, 2021.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE