UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>　　Petitioner,<br><br>v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 159) |

In this capital habeas corpus action, after a 120-day initial period following the filing of Respondents' answer, Petitioner Randolph L. Moore, who is represented by appointed counsel, was due to file a reply to the answer by January 6, 2023. *See* Order entered June 13, 2022 (ECF No. 157) (120 days for reply).

On January 6, 2023, Moore filed a motion for extension of time (ECF No. 159), requesting an extension of time to March 6, 2023, for his reply. This would be an extension of 59 days (not 90 days, as Moore characterizes it). Moore's counsel states that he needs this extension of time because of his obligations in other cases. Moore's counsel represents that Respondents do not oppose the motion for extension of time.

///
///
///
///
///
///
///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 159) is **GRANTED**. Petitioner will have until and including **March 6, 2023**, to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the February 5, 2019, scheduling order (ECF No. 51), will remain in effect.

DATED January 9, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE