UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 164) |

In this capital habeas corpus action, after a 120-day initial period following the filing of Respondents' answer, and then a 59-day extension of time and a 60-day extension of time, Petitioner Randolph L. Moore, who is represented by appointed counsel, was due to file a reply to the answer by May 5, 2023. *See* Order entered June 13, 2022 (ECF No. 157) (120 days for reply); Order entered January 9, 2023 (59-day extension); Order entered March 6, 2023 (60-day extension).

On May 5, 2023, Moore filed a motion for extension of time (ECF No. 164), requesting a further 14-day extension of time, to May 19, 2023, for his reply. Moore's counsel states that he needs this extension of time because of his obligations in other cases. Moore's counsel represents that Respondents do not oppose the motion for extension of time.

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 164) is **GRANTED**. Petitioner will have until and including **May 19, 2023**, to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the February 5, 2019, scheduling order (ECF No. 51) will remain in effect.

DATED May 12, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE