UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 171) |

　　In this capital habeas corpus action, on May 19, 2023, the petitioner, Randolph L. Moore, who is represented by appointed counsel, filed his reply to Respondents' answer (ECF No. 166), along with a motion for leave to conduct discovery (ECF No. 168) and a motion for evidentiary hearing (ECF No 170). Under the scheduling order in the case (ECF No. 51), Respondents then had 30 days—until June 20, 2023, as June 18 falls on a Sunday and June 19 is a holiday—to file a response to Moore's reply and responses to his motions for leave to conduct discovery and for evidentiary hearing.

　　On June 15, 2023, Respondents filed a motion for extension of time (ECF No. 171), requesting a 45-day extension of time, to August 4, 2023, for their response to Moore's reply and responses to Moore's motions. Respondents' counsel states that he needs this extension of time because of his obligations in other cases. Respondents' counsel represents that Moore does not oppose the motion for extension of time.

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 171) is **GRANTED**. Respondents will have until and including **August 4, 2023**, to file a response to Petitioner's reply, and responses to Petitioner's motions for leave to conduct discovery and for an evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the February 5, 2019, scheduling order (ECF No. 51) will remain in effect.

DATED June 21, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE