UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH L. MOORE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 2:13-cv-0655-JCM-DJA<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>(ECF NO. 173) |

In this capital habeas corpus action, on May 19, 2023, the petitioner, Randolph L. Moore, who is represented by appointed counsel, filed his reply to Respondents' answer (ECF No. 166), along with a motion for leave to conduct discovery (ECF No. 168) and a motion for evidentiary hearing (ECF No 170). After a 30-day initial period (ECF No. 51) and a 45-day extension of time (ECF No. 172), Respondents had until August 4, 2023, to file a response to Moore's reply and responses to his motions for leave to conduct discovery and for evidentiary hearing.

On July 27, 2023, Respondents filed a motion for extension of time (ECF No. 173), requesting a further 60-day extension of time, to October 3, 2023, for their response to Moore's reply and responses to Moore's motions. Respondents' counsel states that he needs this extension of time because of his obligations in other cases. Respondents' counsel represents that Moore does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 173) is **GRANTED**. Respondents will have until and including **October 3, 2023**, to file a response to Petitioner's reply, and responses to Petitioner's motions for leave to conduct discovery and for an evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the February 5, 2019, scheduling order (ECF No. 51) will remain in effect.

DATED July 31, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE