UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RANDOLPH L. MOORE,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:13-cv-0655-JCM-DJA

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
(ECF NO. 179)

    In this capital habeas corpus action, the parties have now completed the briefing regarding the merits of Petitioner Randolph L. Moore's second amended habeas petition. *See* ECF Nos. 59, 158, 166, 180. However, the briefing of Moore's motion for leave to conduct discovery (ECF No. 168) and motion for evidentiary hearing (ECF No 170) has not yet been completed; Moore is still to file his replies to Respondents' responses to those motions, both of which Respondents filed on October 23, 2023 (ECF Nos. 177, 178).

    In an order entered on September 29, 2023 (ECF No. 176), the Court ordered: "Petitioner's replies in support of his motion for leave to conduct discovery and motion for evidentiary hearing will be due 20 days after Respondents file their response to Petitioner's reply." ECF No. 176 at 2. Respondents filed their response to Moore's reply on October 24, 2023 (ECF No. 180). Therefore, Moore's replies in support of his motions are due on November 13, 2023.

    On October 23, 2023, Moore filed a motion for extension of time (ECF No. 179), requesting an extension of time to November 22, 2023, for his replies in support of his motions. That would be a 9-day extension (not a 30-day extension, as Moore characterizes it).

///

///

The Court finds that Moore's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 179) is **GRANTED**. Petitioner will have until and including **November 22, 2023**, to file replies in support of his motions for leave to conduct discovery and motion for an evidentiary hearing.

DATED October 31, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE