UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RANDOLPH L. MOORE,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:13-cv-00655-JCM-DJA

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

**(ECF NO. 194)**

In this capital habeas corpus action, on August 25, 2025, the Court denied Randolph L. Moore's habeas petition and judgment was entered accordingly. ECF Nos. 184, 185. On September 22, 2025, Moore, who is represented by appointed counsel, filed a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). ECF No. 186. After a 14-day initial period and a 45-day extension, Respondents' response to Moore's motion was due November 20. On November 14, Respondents filed a motion for extension of time, requesting a further 46-day extension, to January 5, 2026. ECF No. 194. Respondents' counsel states that the extension is necessary because of time away from work and obligations in other cases. Respondents' counsel represents that Moore does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant Respondents' motion and extend to January 5 the time for Respondents' response to the motion to alter or amend judgment. In view of the nature of the motion, the Court will *sua sponte* extend to 30 days the time for Moore's reply.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 194) is **GRANTED**. Respondents will have until and including **January 5, 2026**, to file a response to Petitioner's Motion to Alter or Amend Judgment.

**IT IS FURTHER ORDERED** that after Respondents file their response to Petitioner's Motion to Alter or Amend Judgment, Petitioner will have **30 days** to file a reply.

DATED November 17, 2025,

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE