UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RANDOLPH L. MOORE,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:13-cv-00655-JCM-DJA

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME**

**(ECF NO. 197)**

In this capital habeas corpus action, on September 22, 2025, Petitioner Randolph L. Moore, represented by appointed counsel, filed a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). ECF No. 186. Respondents filed an opposition to Moore's motion on January 5, 2026. ECF No. 196. Moore was then obligated to file a reply by February 4. *See* ECF No. 195.

On February 4, Moore filed a motion for extension of time, requesting a 30-day extension, to March 6. ECF No. 197. Moore's counsel states that the extension is necessary because of obligations in other cases and represents that Respondents do not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 197) is **GRANTED**. Petitioner will have until and including **March 6, 2026**, to file a reply to Respondents' response to his Motion to Alter or Amend Judgment.

DATED February 6, 2026.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1